UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| *In Re* Application of Energía Costa Azul, S. de R.L. de C.V. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. |

**EX PARTE APPLICATION OF ENERGÍA COSTA AZUL, S. DE R.L. DE C.V. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

Based upon the concurrently filed Memorandum of Law, Declarations of Andrew J. Finn (the "Finn Declaration"), Claus von Wobeser (Exhibit AA to the Finn Declaration), and Thomas L. Claassens (Exhibit AB to the Finn Declaration), and supporting documents, Energía Costa Azul, S. de R.L. de C.V. ("ECA") respectfully applies to this Court for an Order, pursuant to 28 U.S.C. § 1782, and Federal Rules of Civil Procedure 26, 30, and 45, granting it leave to serve Shell Energy North America (US), L.P.; Shell NA LNG LLC; Shell USA, Inc.; and Shell Trading (US) Company (collectively, "Shell U.S."); and Gazprom Marketing & Trading U.S.A., Inc. ("Gazprom U.S.") (with Shell U.S., "Respondents") with subpoenas, in substantially the same form as those attached as Exhibits AC and AD to the Finn Declaration, for the production of documents and deposition testimony for use in anticipated foreign court proceedings, including in the Netherlands and Mexico.

For the reasons set forth in the accompanying Memorandum of Law and supporting declarations and exhibits, ECA's application meets the requirements of 28 U.S.C. § 1782. Each proposed subpoena recipient is "found" within this district, the discovery ECA requests are for use in proceedings before a foreign tribunal, and ECA, as a plaintiff in the Mexican and Dutch court

proceedings, is an "interested person." The factors set out by the United States Supreme Court in *Intel Corp.* v. *Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), also weigh heavily in favor of ECA's discovery requests: (1) the documents sought are not within the foreign tribunal's jurisdictional reach because the proposed subpoena recipients are not parties to the Dutch or Mexican court proceedings and equivalent evidence is unlikely to be available in the Netherlands or Mexico; (2) there is no indication that the Dutch or Mexican courts will be unreceptive to the discovery; (3) ECA is not using this application to circumvent any proof-gathering restrictions or policies; and (4) the discovery ECA seeks is not unduly burdensome or intrusive.

ECA, therefore, respectfully requests that this Court enter an Order granting this application.

Executed on August 25, 2022 in Houston, Texas.

*/s/ Sofia Adrogué*
Sofia Adrogué
Texas State Bar No. 00783519
Southern District Bar No. 19801
Justin Strother
Texas State Bar No. 24008100
Southern District Bar No. 27331
DIAMOND MCCARTHY LLP
909 Fannin Street, 37th Floor
Houston, Texas 77010
Phone:  (713) 333-5100
Fax:  (713) 333-5199

Joseph E. Neuhaus\*
Andrew J. Finn\*
Sean P. Fulton\*
Jacob G. Singer\*
Arturo Carlos Schultz\*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Phone:  (212) 558-4000
Fax:  (212) 558-3588
\**pro hac vice* to be filed

*Counsel for Applicant Energía Costa Azul, S. de R.L. de C.V.*