UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

*In Re* Application of Energía Costa Azul, S. de R.L. de C.V. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings.

Case No. 4:22 mc 1448

### ORDER GRANTING *EX PARTE* APPLICATION OF ENERGÍA COSTA AZUL, S. DE R.L. DE C.V. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

On August 25, 2022, Energía Costa Azul, S. de R.L. de C.V. ("Petitioner" or "ECA") submitted an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (together with supporting papers, the "Application"). The Application seeks leave to serve Shell Energy North America (US), L.P.; Shell NA LNG LLC; Shell USA, Inc.; and Shell Trading (US) Company (collectively, "Shell U.S."); and Gazprom Marketing & Trading U.S.A., Inc. ("Gazprom U.S.") (with Shell U.S., "Respondents") with subpoenas, in substantially the same form as those attached to the Finn Declaration as Exhibits AC and AD (the "Subpoenas"), for the production of documents and deposition testimony.

Upon consideration of the evidence and arguments presented in the Application, the Court concludes that the requirements of 28 U.S.C. § 1782 are met. The Application is therefore GRANTED, and it is ORDERED that ECA may serve Respondents with the Subpoenas, the Application, and this Order and shall file proofs of service as soon as reasonably practicable thereafter.

Signed on September 13, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge